THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. MYRON, Appellant.

Submitted October 30, 2006; decided November 20, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).